FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 2 5 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 22-891 KG |
| ) | |
| vs. ) | Count 1: 18 U.S.C. § 2422(b): Coercion and Enticement and Attempted Coercion and Enticement; |
| **JEFFREY DEAN BIDDLE**, ) | |
| ) | Count 2: 18 U.S.C. §§ 2251(a), 2251(e), and 2256: Production of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct and Attempted Production of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct; |
| Defendant. ) | |
| ) | Counts 3-5: 18 U.S.C. §§ 2252A(a)(2), 2252A(b)(1), and 2256: Receipt of Child Pornography and Attempted Receipt of Child Pornography. |

INDICTMENT

The Grand Jury charges:

Count 1

From on or about June 24, 2021, and continuing to on or about September 4, 2021, in Luna County, in the District of New Mexico, and elsewhere, the defendant, **JEFFREY DEAN BIDDLE**, using any facility of interstate and foreign commerce, knowingly persuaded, induced, enticed and coerced, and knowingly attempted to persuade, induce, entice, and coerce, any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense.

In violation of 18 U.S.C. § 2422(b).

## Count 2

From on or about June 24, 2021, and continuing to on or about September 4, 2021, in Luna County, in the District of New Mexico, the defendant, **JEFFREY DEAN BIDDLE**, employed, used, persuaded, induced, enticed and coerced a minor under 18 years of age, Jane Doe, and did attempt to persuade, induce, entice and coerce Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, and the visual depiction was transported in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2251(a), 2251(e), and 2256.

## Count 3

On or about June 24, 2021, in Luna County, in the District of New Mexico, the defendant, **JEFFREY DEAN BIDDLE**, knowingly received, and attempted to receive, any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(b)(1), and 2256.

## Count 4

On or about August 1, 2021, in Luna County, in the District of New Mexico, the defendant, **JEFFREY DEAN BIDDLE**, knowingly received, and attempted to receive, any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been

mailed, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(b)(1), and 2256.

## Count 5

On or about September 4, 2021, in Luna County, in the District of New Mexico, the defendant, **JEFFREY DEAN BIDDLE**, knowingly received, and attempted to receive, any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(b)(1), and 2256.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of [18 U.S.C. § 2251, 18 U.S.C. § 2251A, 18 U.S.C. § 2252, 18 U.S.C. § 2252A, 18 U.S.C. § 2260], the defendant, , shall forfeit to JEFFREY **DEAN BIDDLE** United States, pursuant to 18 U.S.C. § 2253: any matter containing visual depictions produced, transported, mailed, shipped, or received in violation of Chapter 110, of United States Code Title 18; any property, real or personal, constituting or traceable to gross profits, or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

a. iPhone SE.

A TRUE BILL:

/S/
―――――――――――――――――――
FOREPERSON OF THE GRAND JURY


*K. Brawley*
―――――――――――――――――――
Assistant United States Attorney