IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO.: 22-891-KG |
| | ) |
| vs. | ) |
| | ) |
| **JEFFREY DEAN BIDDLE**, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' MOTION TO SEAL EXHIBITS

The United States respectfully requests that the Court enter an order permitting certain exhibits submitted as part of the United States' Sentencing Memorandum, Doc. 49, to remain under seal. United States' Exhibits 1 and 2 contain the names of minor victims and graphic details about sexual abuse. It is necessary to permit the submission of these exhibits under seal to protect the privacy interests of the minor victims.

Accordingly, the government respectfully requests that these exhibits remain under seal.

Respectfully submitted,

**ALEX M.M. UBALLEZ**
UNITED STATES ATTORNEY

*/s/   Electronically Filed 3/24/23*
MARISA A. ONG
MATILDA VILLALOBOS
*Assistant United States Attorneys*
200 N. Church St.
Las Cruces, New Mexico 88001
Phone: (575) 522-2304
Fax: (575) 522-2391

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on March 24, 2023, which will send electronic notification to defense counsel of record.
   /s/ Marisa A. Ong

Marisa A. Ong
*Assistant United States Attorney*