*Rev. October 28, 2015*

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **22-891KG** | USA vs.: | **BIDDLE** |
| Date: | **4/25/2023** | Name of Deft: | **JEFFREY DEAN BIDDLE** |

| Before the Honorable: | **KENNETH J. GONZALES, UNITED STATES DISTRICT JUDGE** |
|---|---|

| | | | |
|---|---|---|---|
| Time In/Out: | **2:23-3:20 PM** | Total Time in Court (**for JS10**): | **57 MINUTES** |
| Clerk: | **ANNETTE NANEZ** | Court Reporter: | **FATIMA SANCHEZ** |
| AUSA: | **MARISA ONG** | Defendant's Counsel: | **DANIEL RUBIN** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | N/A |

| | | | | | |
|---|---|---|---|---|---|
| Probation Officer: | **MELISSA CORELLA** | Sworn? | Yes | | No |
| Convicted on: | X Plea | Verdict | As to: | Information | X Indictment |
| If Plea: | X Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | **Counts 1-5** | |
| If Plea Agreement: | X Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | **10/26/2022** | | PSR: | X Not Disputed | Disputed |
| PSR: | X Court Adopts PSR Findings | | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | **LIFE; LIFE AS TO COUNT 1, 600 MONTHS AS TO COUNT 2, AND 480 MONTHS AS TO COUNTS 3-5; SAID TERMS SHALL RUN CONCURRENTLY FOR A TOTAL TERM OF LIFE. SAID TERM SHALL ALSO RUN CONCURRENTLY TO THE SENTENCE IMPOSED BY THE 6TH JUDICIAL DISTRICT COURT OF LUNA COUNTY IN DOCKET NO: D-619-CR-2021-00219.** |
|---|---|---|
| Supervised Release: | **10 YEARS AS TO EACH COUNT; SAID TERMS SHALL RUN CONCURRENTLY** | Probation: |
| | 500-HOUR DRUG PROGRAM    X BOP SEX OFFENDER PROGRAM    OTHER: | |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence    X ICE not applicable | |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | Participate in/successfully complete subst abuse program/testing up to a maximum of 60 tests per year. | X | Reside halfway house (up to) 180 days |
| X | Participate in a mental health treatment program/and take all mental health medications prescribed | X | Prohibited from viewing or possessing any material that depicts sexually explicit |
| X | Must not go to or remain within 100 feet of school yards, parks, etc | X | Must not have direct contact with children under the age of 18 years |
| X | Must cooperate and comply with the United States Probation Office's Computer Restriction and Monitoring Program (CRMP) | X | No volunteering where children supervised |
| X | Grant limited waiver of confidentiality | X | Restricted from occupation with access to children |
| X | **OTHER:  CONSISTENT WITH A STIPULATION IN THE PLEA AGREEMENT, THE DEFENDANT FORFEITS HIS RIGHT, TITLE, AND INTEREST IN THE FOLLOWING ASSETS AND PROPERTIES: AN IPHONE SE SEIZED FROM HIS RESIDENCE ON OCTOBER 7, 2021.** | | |

| | | | | |
|---|---|---|---|---|
| Fine: | $ | | Restitution: | $ |
| SPA: | $ **500.00**    ($100) as to each Count | | Payment Schedule: | X Due Imm.    Waived |

| | |
|---|---|
| OTHER: | THE DEFENDANT IS SUBJECT TO THE PROVISIONS OF THE JUSTICE FOR VICTIMS OF TRAFFICKING ACT OF 2015, WHICH REQUIRES THE COURT TO ASSESS AN AMOUNT OF $5,000 ON ANY NON-INDIGENT PERSON OR ENTITY CONVICTED OF AN OFFENSE UNDER 18 U.S.C. CHAPTERS 77, 109A, 110, 117; OR SECTION 274 OF THE IMMIGRATION AND NATIONALITY ACT (8 U.S.C. § 1324). THE COURT FINDS THE DEFENDANT IS INDIGENT AND WILL NOT BE REQUIRED TO PAY THE $5,000 ASSESSMENT. THE MANDATORY RESTITUTION FOR SEXUAL EXPLOITATION OF CHILDREN ACT; THE AMY, VICKY, AND ANDY CHILD PORNOGRAPHY VICTIM ASSISTANCE ACT OF 2018; AND 18 U.S.C. § 2259 ARE APPLICABLE IN THIS CASE; HOWEVER, NO CLAIM FOR RESTITUTION HAS BEEN MADE BY THE VICTIM(S). THEREFORE, NONE WILL BE ORDERED. |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | **FACILITY NEAR SACRAMENTO, CA, IF ELIGIBLE** | |
| | Dismissed Counts: | | |

OTHER COMMENTS: